**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| **JAMES T. BUECHLER,** *Individually and on behalf of all others similarly situated,* | * |
| | * |
| Plaintiffs | * |
| v. | *   Case No.:  1:10-cv-2477 |
| **EDWARDS OF O.C., LLC** doing business as **EDWARDS DEPARTMENT STORE** | * |
| | * |
| AND | |
| | * |
| JOHN DOE 1 thru 10 | |
| | * |
| Defendants | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff dismisses all his claims against Defendant with prejudice.  Each party shall bear its own costs.

Dated:  January 13, 2010                         Respectfully Submitted,


              */s/ E. David Hoskins*
         E. David Hoskins, Bar No. 06705
         LAW OFFICES OF E. DAVID HOSKINS, LLC
         Quadrangle Building at Cross Keys
         2 Hamill Road, Ste. 362
         Baltimore, Maryland  21210
         (410) 662-6500 (Tel.)
         (410) 662-7800 (Fax)
         *dhoskins@hoskinslaw.com*

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 13th day of January, 2011, a copy of the foregoing was served electronically via the Court's CM/ECF system on the following:

    Timothy M. Gunning, Esquire
    Law Offices of Timothy M. Gunning, LLC
    305 Washington Avenue, Ste. 301
    Towson, Maryland  21204
    e-mail:  *tgunning1@verizon.net*

This 13th day of January, 2011.   */s/ E. David Hoskins*